### HAYDOCK *v.* SALVAGE.

WRIT OF ENTRY, upon a mortgage. Trial by the court and finding for the plaintiff. Exceptions by the defendant.

---

* See foot-note on page 80.

*John C. L. Wood*, for the plaintiff.

*Josiah H. Hobbs*, for the defendant.

BLODGETT, J.  The objection in the defendant's brief to want of evidence of the mortagor's title not having been taken at the trial, when it might have been obviated by proof, comes too late, and cannot now be considered. *Baldwin* v. *Wentworth, ante, p.* 408.  As to the numerous other exceptions taken at the trial, nothing can be profitably said except that they are groundless.

*Exceptions overruled.*

CHASE, J., did not sit : the others concurred.